UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **WILL DREW, on behalf of himself and others similarly situated** <br><br> Plaintiff, <br><br> v. <br><br> **PERDUE FOODS LLC,** <br><br> Defendant. | **Civil Action No. 2:18-cv-147** |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS

Plaintiffs Will Drew and Nicole Selby, and Defendant Perdue Foods LLC., by counsel, jointly file this Motion for Approval of Settlement. The Parties submit the Settlement Agreements in this action for each Plaintiff, both attached as Exhibit A.

This the 9th day of October, 2018.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Kristina H. Vaquera (VSB No. 43655) | Philip Justus Dean (VSB No. 86335) |
| Milena Radovic (VSB No. 91000) | Craig Juraj Curwood (VSB No. 43975) |
| JACKSON LEWIS PC | Curwood Law Firm |
| Main St., Ste. 800 | 530 E. Main Street, Suite 710 |
| Norfolk, Virginia 23510 | Richmond, VA 23219 |
| Phone: (757) 648-1448 | Telephone: (804) 788-0808 |
| Fax: (757) 648-1418 | Fax: (804) 767-6777 |
| Kristina.Vaquera@jacksonlewis.com | pdean@curwoodlaw.com |
| Milena.Radovic@jacksonlewis.com | ccurwood@curwoodlaw.com |
| *Counsel for Defendant Perdue Foods LLC* | |

Joshua L. Jewett (VSB 76884)
Brittany M. Wrigley (VSB 89696)
Pierce McCoy, PLLC
101 West Main Street, Suite 101
Norfolk, VA 23510
Telephone: (757) 216-0226
Fax: (757) 257-0387
jjewett@piercemccoy.com
bwrigley@piercemccoy.com
*Counsel for Plaintiffs Will Drew and Nicole Selby*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 9, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Kristina H. Vaquera, Esq.
>Milena Radovic, Esq.
>JACKSON LEWIS PC
>500 E Main St., St. 800
>Norfolk, Virginia 23510
>Phone: (757) 648-1448
>Fax: (757) 648-1418
>Kristina.Vaquera@jacksonlewis.com
>Milena.Radovic@jacksonlewis.com

By: _____/s/_____
Philip Justus Dean (VSB No. 86335)