UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| WILL DREW, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PERDUE FOODS LLC,<br><br>　　　　Defendant. | Civil Action No. 2:18-cv-147 |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS

On October 9, 2018, the parties in this matter filed and brought before this Court a Joint Motion to for Approval of Settlement Agreements. Having considered the supporting memorandum of law, together with the Settlement Agreements, it is hereby

ORDERED that the parties' Motion is GRANTED and this Settlement Agreement is hereby Approved. The Parties are instructed to file a Joint Stipulation of Dismissal as set forth in the Settlement Agreement and Release. Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), this Court retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

10-18-18

ENTERED: /s/
Rebecca Beach Smith
-RBS- Chief Judge

UNITED STATES DISTRICT COURT JUDGE