## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

| | |
|---|---|
| **WILL DREW, on behalf of himself and others similarly situated**<br><br>          **Plaintiff,**<br><br>v.<br><br>**PERDUE FOODS LLC**<br><br>          **Defendant.** | **Civil Action No. 2:18-cv-147** |

## <u>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiffs Will Drew and Nicole Selby, and Defendant Perdue Foods LLC., by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court's Order approving the Parties' settlement, stipulate to the voluntary dismissal of this action and all claims asserted with Prejudice. Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), this Court retains jurisdiction to enforce the terms of the settlement.

Dated: November 9, 2018                          Respectfully submitted,


_____/s/_____                                _____/s/_____
Kristina H. Vaquera (VSB No. 43655)              Philip Justus Dean (VSB No. 86335)
Milena Radovic (VSB No. 91000)                   Craig Juraj Curwood (VSB No. 43975)
JACKSON LEWIS PC                                 Curwood Law Firm
Main St., Ste. 800                               530 E. Main Street, Suite 710
Norfolk, Virginia 23510                          Richmond, VA 23219
Phone:  (757) 648-1448                           Telephone: (804) 788-0808
Fax: (757) 648-1418                              Fax: (804) 767-6777
Kristina.Vaquera@jacksonlewis.com                pdean@curwoodlaw.com
Milena.Radovic@jacksonlewis.com                  ccurwood@curwoodlaw.com


                                                 Joshua L. Jewett (VSB 76884)
                                                 Brittany M. Wrigley (VSB 89696)
                                                 Pierce McCoy, PLLC
                                                 101 West Main Street, Suite 101
                                                 Norfolk, VA  23510
                                                 Telephone: (757) 216-0226
                                                 Fax: (757) 257-0387
                                                 jjewett@piercemccoy.com
                                                 bwrigley@piercemccoy.com
                                                 *Counsel for Plaintiffs Will Drew
                                                 and Nicole Selby*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 9, 2018, I will electronically file the foregoing with the Clerk

of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:


        Kristina H. Vaquera, Esq.
        Milena Radovic, Esq.
        JACKSON LEWIS PC
        500 E Main St., St. 800
        Norfolk, Virginia 23510
        Phone: (757) 648-1448
        Fax: (757) 648-1418
        Kristina.Vaquera@jacksonlewis.com
        Milena.Radovic@jacksonlewis.com


        By: _____/s/_____
                Philip J.  Dean